UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-190 |
| Versus | * | SECTION "L" |
| GERARD BROWN,<br>ET AL. | * | |

    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT MOTION TO CONTINUE
## PRE-TRIAL CONFERENCE AND TRIAL

**NOW INTO COURT,** through undersigned counsel, comes the defendant, who, with the consent of all defendants and the Government, respectfully moves this Honorable Court to continue the pretrial conference and trial currently scheduled in this matter for the following reasons:

Trial in the above-captioned mater is presently scheduled for Monday, February 10, 2020, at 8:30 a.m. A pretrial conference is scheduled for Monday, February 3, 2020 at 1:30 p.m. Due to the seriousness of the charges, and the large volume of produced discovery materials, the defendants suggest that additional time is needed to continue to evaluate the evidence, convene for any plea negotiations, and adequately prepare for trial.

Accordingly, undersigned suggests that a continuance for these purposes serves the ends of justice. Undersigned also suggests that, in the interest of judicial economy, a continuance will allow the parties sufficient time to fully discuss the possibility of any plea agreements which may moot the need for a contested trial. Further, it is suggested that a denial of this requested

continuance for these reasons would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Government as well Counsel for all defendants have been contacted about this proposed continuance, and all have no objection to such a continuance.

**WHEREFORE**, undersigned respectfully requests that the trial and the pretrial conference for this mater be continued.

Respectfully submitted,

The Law Offices of James A. Williams, L.L.C.

/s/ James A. Williams
James A. Williams
706 Derbigny Street
Gretna, Louisiana 70053
Telephone: 504.361.0636
Facsimile: 504.361.4493
Attorney for Gerard Brown

## CERTIFICATE OF SERVICE

I hereby certify that January 28, 2020, I electronically filed the foregoing with the Clerk of Court by using the PACER system which will send a notice of electronic filing to all defense counsel of record.