MINUTE ENTRY
FALLON, J.
JULY 20, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO.  19-190

MARVIN SIMS                                 SECTION: L (1)

BEFORE JUDGE ELDON E. FALLON
Case Manager:      Sherry Adams
Court Reporter:    Sammantha Morgan

Appearances: AUSA David Haller, for the government
             Shaun Clarke, Esq. for defendant
             Tamika M. Jackson, Probation Officer


SENTENCING AS ONE COUNT SUPERSEDING BILL OF INFORMATION.

Defendant is present.

The defendant's objections to the PDR were addressed by the Court.

Upon oral motion of the Government, all remaining counts were dismissed.

Sentence: See Judgment in a Criminal Case.

Defendant was remanded to the custody of the U.S. Marshal.


JS-10:  00:16